IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MUWAKKIL SEIFULLAH BEY SHABAZZ,**

    Plaintiff,

v.                                                                                                 Civil Action No. **3:10CV190**

**PRISON HEALTH SERVICES, INC.,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Muwakkil Seifullah Bey Shabazz ("Plaintiff"), a Virginia prisoner proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. By Memorandum Order entered on February 22, 2011, the Court ordered Plaintiff to serve all defendants within one hundred and twenty (120) days of the date of entry thereof. Plaintiff's time for serving all defendants expired on June 22, 2011. By Memorandum Opinion and Order entered on August 9, 2011, the Court ordered Plaintiff to show good cause, within eleven (11) days of the date of entry thereof, why his claims against Jane Doe 1, Jane Doe 2, and Officer Moody should not be dismissed without prejudice for failure to serve in accordance with Federal Rule of Civil Procedure 4(m). The Court informed Plaintiff that failure to show good cause within the time period provided would result in dismissal of his claims against those defendants without prejudice.

More than eleven (11) days have passed, and Plaintiff has not responded. Plaintiff's failure to show good cause merits dismissal without prejudice of his claims against Jane Doe 1, Jane Doe 2, and Officer Moody. Accordingly, the Court will terminate those Defendants as parties to this action.

An appropriate Order will accompany this Memorandum Opinion.

Date: 8-31-11
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge